384 A.2d 994

Divelbiss, et al. v. McFarland, Appellant.

Divelbiss, et al., Appellants, v. McFarland.

■■■■■■ Argued November 23, 1977.   H. N. Rosenberg, with him Rosenberg, Kirshner & Kaleugher, for appellant at No. 881 and appellee at No. 907;  James P. Gill, with him Edward O. Spotts, for appellants at No. 907 and appellees at No. 881.

Order affirmed.

WATKINS, P. J., and SPAETH, J., dissent and would not grant new trial.